UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
WARREN WEST,                       )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 12-781 S
                                   )
THOMAS HOOVER, et al.,             )
                                   )
        Defendants.                )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On July 22, 2014, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 41). Judge Almond recommended that Defendants' Second Motion to Dismiss (ECF No. 22) and Defendants Rogers and Larisa's Second Motion for Partial Summary Judgment or, in the Alternative, to Dismiss (ECF No. 23) be denied. No objections to the R&R were filed. Because this Court agrees with Judge Almond's analysis, it hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). The R&R is ADOPTED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: August 18, 2014